No. 174. UNITED STATES EX REL. FINK v. REIMER, COMMISSIONER OF IMMIGRATION. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin*

*Koenigsberg* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

